In the Matter of the Accounting of JAMES C. DOUBLE-DAY et al., as Administrators of JAMES D. CLYDE, Deceased, Respondents.

JULIA L. SUTLIFF, Appellant.

*Matter of Doubleday*, 178 App. Div. 739, affirmed.
(Submitted January 11, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 14, 1916, which reversed a decree of the Otsego County Surrogate's Court allowing a claim against the estate of James D. Clyde, deceased, and directing the administrators to mortgage, lease or sell real property of the decedent in order to pay the same. The claim was for boarding, lodging, nursing and caring for decedent.

*S. W. Barnum* for appellant.

*S. Mack Smith* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.